UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 19-00998
Jason Heffern )
)  Chapter: 13
)  Honorable Jack Schmetterer
)
)
Debtor(s) )

**ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to:
a)  Defer the May 2020 payment and the current trustee default to the end of the Plan;
b)  Suspend the trustee payments for June 2020 and July 2020;
c)  Debtor shall resume making the regular trustee payments in August 2020;
d)  Extend the Chapter 13 plan term to 69 months under H.R. 748 – CARES ACT §1113;
e)  The plan base amount remains the same;
f)  The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: May 20, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600